FORM C9B
1ECB866167 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

MAURICE SCOTT,

    PLAINTIFF
– vs. –

CITY OF NEW YORK ET AL ETC,

    DEFENDANT

Index No: 07 CV 3691
Date Filed: 05/09/2007
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

DAVID GOLDBERG being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 05/14/2007 at 10:28AM at 100 CHURCH STREET 4TH FLOOR, NEW YORK, NY 10007, I served a true copy of the SUMMONS AND VERIFIED COMPLAINT JUDGES INDIVIDUALS PRACTICES upon THE CITY OF NEW YORK the DEFENDANT therein named by delivering to, and leaving personally with MADELYN SANTANA, AUTHORIZED TO ACCEPT, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: FEMALE | COLOR: BROWN | HAIR: BLACK |
| APP. AGE: 30 | APP. HT: 5'4 | APP. WT: 120 |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on 05/15/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA