25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1ECB866172 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

| | |
|---|---|
| MAURICE SCOTT,<br>　　PLAINTIFF<br>– vs. –<br><br>CITY OF NEW YORK ET AL ETC,<br>　　DEFENDANT | Index No: 07 CV 3691<br>Date Filed: / /<br>Office No:<br>Court Date: |

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

BRIAN RAMSAY being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND VERIFIED COMPLAINT JUDGES INDIVIDUALS PRACTICES** upon the **DEFENDANT OFFICER JEFFREY REDONDO SHIELD #16094** on **05/15/2007** at **9:00AM** at **16–16 HAZEN STREET , EAST ELMHURST, NY 11370** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **CAPTAIN "JOHN" FERMOSSA, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

| SEX: MALE | COLOR: WHITE | HAIR: BLACK |
| APP. AGE: 54 | APP. HT: 5'8 | APP. WT: 165 |

OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **05/15/2007** by first class mail to:

**OFFICER JEFFREY REDONDO SHIELD #16094
16–16 HAZEN STREET , EAST ELMHURST, NY 11370**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on 05/15/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA466702
Qualified in BRONX
Commission Expires 12/31/2010

BRIAN RAMSAY – 1220572
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG