25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1ECB866171 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

MAURICE SCOTT,
    PLAINTIFF
– vs. –

CITY OF NEW YORK ET AL ETC,
    DEFENDANT

Index No: 07 CV 3691
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

BRIAN RAMSAY being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the SUMMONS AND VERIFIED COMPLAINT JUDGES INDIVIDUALS PRACTICES upon the DEFENDANT OFFICER ANTHONY TURNER SHIELD #4899 on 05/15/2007 at 9:00AM at 16–16 HAZEN STREET , EAST ELMHURST, NY 11370 actual place of business of the DEFENDANT by delivering thereat a true copy to CAPTAIN "JOHN" FERMOSSA, CO-WORKER OF THE DEFENDANT, a person of suitable age and discretion whose approximate description is as follows:
    SEX: MALE    COLOR: WHITE    HAIR: BLACK
    APP. AGE: 54    APP. HT: 5'8    APP. WT: 165
    OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on 05/15/2007 by first class mail to:

OFFICER ANTHONY TURNER SHIELD #4899
16–16 HAZEN STREET , EAST ELMHURST, NY 11370

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on 05/15/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

BRIAN RAMSAY – 1220572
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG