25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1ECB866168 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

MAURICE SCOTT,
    PLAINTIFF
– vs. –

CITY OF NEW YORK ET AL ETC,
    DEFENDANT

Index No: 07 CV 3691
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

DAVID GOLDBERG being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND VERIFIED COMPLAINT JUDGES INDIVIDUALS PRACTICES** upon the DEFENDANT **DEPUTY COMMISSIONER RICHARD R WHITE NEW YORK CITY DEPARTMENT OF CORRECTIONS** on **05/14/2007** at **11:10AM** at **60 HUDSON STREET 6TH FLOOR, NEW YORK, NY 10013** actual place of business of the DEFENDANT by delivering thereat a true copy to **OFFICER PATRICA JONES, CO–WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

| | | |
|---|---|---|
| SEX: FEMALE | COLOR: BLACK | HAIR: BLACK |
| APP. AGE: 45 | APP. HT: 5'3 | APP. WT: 140 |
| OTHER IDENTIFYING FEATURES: | | |

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **05/15/2007** by first class mail to:

**DEPUTY COMMISSIONER RICHARD R WHITE NEW YORK CITY DEPARTMENT OF CORRECTIONS
60 HUDSON STREET 6TH FLOOR, NEW YORK, NY 10013**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on 05/15/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA