MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 3 1 2007

LISA RABINOWITZ
lrabinow@law.nyc.gov
(212) 788-1300
(212)-788-9776 (fax)

May 30, 2007

**SO ORDERED**

*[signature: George B. Daniels]*

HON. GEORGE B. DANIELS

MAY 3 1 2007

**BY HAND**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Scott v. City of New York</u>  07 CV 3691 (GBD)

Your Honor:

I am the Assistant Corporation Counsel assigned to the defense for defendant City of New York and Commissioner Horn with respect to the above-referenced matter, in which plaintiff alleges that he was subjected to excessive force by New York City Department of Correction employees. Defendants City and Horn respectfully requests that their time to respond to the complaint be extended for sixty (60) days from the current due date of June 5, 2007 until August 5, 2007. Plaintiff's counsel has consented to a extension of thirty (30) days only.

There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. Plaintiff alleges that he was subjected to excessive force in this case. Accordingly, it is necessary for defendants to acquire as much information as possible to properly assess this case and respond to the complaint.

Additionally, upon information and belief, five[1] of the eight individual defendants have been served with the summons and complaint. This extension will provide plaintiff the time to serve those individuals who may not have been served, and provide time for this office to make representational decisions with respect to the individual defendants who have been served, and with respect to those who are timely served in the future. *See Mercurio v. The City of New York et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985)

---

[1] While this office does not yet represent any of the individual defendants except Commissioner Horn, we respectfully requests a similar extension to respond to the complaint, on behalf of those individual defendants who have been properly served.



Honorable George B. Daniels
May 30, 2007
Page 2

(decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

No previous request for an extension has been made by defendants. Accordingly, we respectfully request that defendants City and Horn's time to respond to the complaint be extended until August 5, 2007.

Thank you for your consideration herein.

Respectfully submitted,

Lisa Rabinowitz (LR 7946)

cc:  Sarah Netburn, Esq.
     (via fax: 212-763-5001)